ISRAEL v. ISRAEL. (Circuit Court, E. D. Pennsylvania. April 18, 1905.) No. 24. Motion by Defendant for Judgment upon Reserved Point Notwithstanding the Verdict. Beck & Robinson, for plaintiff. David Wallerstein, for defendant.

J. B. McPHERSON, District Judge. Certain aspects of this case have already been heard by Judge Holland—first, a demurrer to the plaintiff's statement; and, second, a motion for judgment for want of a sufficient affidavit of defense. The affidavit was pronounced sufficient (134 Fed. 1023); but upon the recent trial of the case no effort was made to prove the facts thus set up, and the only defense relied upon was the proposition that this court had no jurisdiction of a suit brought to recover arrears of alimony that had accrued under an order made by a court of the state of New York. This, however, is the question that was considered and decided upon the demurrer, as will appear from the report of Judge Holland's opinion in 130 Fed. 237. This is, of course, the end of the matter, so far as the Circuit Court is concerned, and I shall say nothing more upon the subject, except what is necessary to carry his order into full effect. The defendant's motion for judgment notwithstanding the verdict is refused, and judgment may be entered in favor of the plaintiff for the sum determined by the jury.

---

KLAW et al. v. LIFE PUB. CO. (Circuit Court, S. D. New York. February 21, 1905.) On Motion for New Trial. Frank S. Black, for the motion. Spencer, Ordway & Wierum, opposed.

WALLACE, Circuit Judge. I am not satisfied that error was committed in the rulings upon the trial, or in the instructions to the jury, which are complained of by the defendants, and as there is an opportunity for review by the Circuit Court of Appeals, and there are several questions of such novelty and interest in the law of libel that it is not to be expected that my decision will be accepted as final, conclude that a new trial ought not to be granted, even though there may be some doubt whether my rulings upon all of them were correct.

---

DODD et al. v. WILSON et al. (District Court, E. D. Pennsylvania. May 10, 1905.) No. 72. In Admiralty. Howard M. Long, for libelant. Joseph Hill Brinton, for respondent.

J. B. McPHERSON, District Judge. Personally I am satisfied that the libelants have a just claim against the respondents for nearly the whole of the sum for which suit is brought. The moral evidence to sustain the claim is ample; but, as the respondents have chosen to stand rigidly on their legal rights and to insist on the lack of legal proof, I am obliged to sustain their defense, and to hold that the evidence to establish the correctness of the sums advanced to the crew as wages after the wreck is insufficient. The libelants' case, therefore, breaks down at a vital point. The libel must be dismissed, but without costs, except those of the clerk.